PROB 12C
(6/16)

Report Date:  January 11, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 11, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Joshua J. Johnson                    Case Number: 0980 2:15CR00144-SMJ-5

Address of Offender: Absconder

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 13, 2016

Original Offense:         Bank Fraud, 18 U.S.C. § 1344(1) & (2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 9 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation<br>Sentence:<br>(09/06/2017) | Prison - 19 days;<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: September 20, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 17, 2020 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: On September 20, 2017, Mr. Joshua Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to notify the supervising officer of any changes with respect to his residency, to include any change of residence.

Mr. Johnson is alleged to have violated standard condition number 5 by being removed from his residence in Spokane, on or about January 7, 2018, and by failing to apprise the undersigned officer of the change in residency.

Prob12C
**Re: Johnson, Joshua J**
**January 11, 2018**
**Page 2**

Specifically, on January 5, and again on January 8, 2018, the undersigned officer attempted to contact the client telephonically without success. On January 9, 2018, at 6:30 p.m., the undersigned officer placed a call to the client's assigned Oxford House and was able to speak with an individual who identified himself as Josh and who indicated he was the house manager. After identifying myself and asking to speak with the client, the undersigned officer was informed the client had tested positive for methamphetamine "over the weekend" and had been "kicked out" of the residence. The contact indicated he was unsure of the client's current location or where he had moved to. At no time has Mr. Johnson reported this information to the undersigned officer and his current location and level of compliance with his conditions as ordered by the Court is unknown.

2        **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On September 20, 2017, Mr. Joshua Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to report to Pioneer Human Services (PHS) for urinalysis testing when his assigned color was called.

Mr. Johnson is alleged to have violated special condition number 4 by failing to attend urinalysis testing with the contract provider on January 9, 2018.

Specifically, on January 11, 2018, the undersigned officer received notification from PHS that the client's assigned color had been called on January 9, 2018, by the provider and Mr. Johnson had failed to appear as required.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 11, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

**Prob12C**
**Re: Johnson, Joshua J**
**January 11, 2018**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

01/11/2018
_____
Date