PROB 12C
(6/16)

Report Date: June 11, 2018

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Joshua J. Johnson          Case Number: 0980 2:15CR00144-SMJ-5

Address of Offender: Yakima County Department of Corrections

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 13, 2016

| | | |
|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1) & (2) | |
| Original Sentence: | Prison - 9 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (09/06/2017) | Prison - 19 Days TSR - 34 Months | |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: September 20, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 17, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/11/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: On September 20, 2017, Mr. Joshua Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to refrain from traveling outside of the Eastern District of Washington without the advance approval of the undersigned officer. Mr. Johnson was additionally provided a map of the Eastern District of Washington, and geographic boundaries were reviewed with him, which he indicated his understanding. |
| | Mr. Johnson is alleged to have violated standard condition number 3 by traveling outside of the Eastern District of Washington prior to his arrest in Snohomish County occurring on May 30, 2018. |

Prob12C
Re: Johnson, Joshua J
June 11, 2018
Page 2

Specifically, on May 30, 2018, the United States Probation Office in Spokane received notification that the client's name had been run by law enforcement officers in Snohomish County, Washington. On June 11, 2018, the undersigned officer received the police report stemming from the incident. The report indicates on May 30, 2018, task force officers attempted to locate Mr. Johnson at an address in Oak Harbor, Washington. The report notes Mr. Johnson was subsequently located in a travel trailer and taken into custody without incident. At no time was Mr. Johnson provided approval by the undersigned officer or this officer's governing office to travel outside of the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/11/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 11, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

06/11/2018
Date