PROB 12C
(6/16)

Report Date: September 30, 2019

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Joshua J. Johnson | Case Number: | 0980 2:15CR00144-SMJ-5 |
| Address of Offender: | | Spokane, Washington 99204 | |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 13, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1) & (2) | | |
| Original Sentence: | Prison - 9 Months<br>TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(09/06/2017) | Prison - 19 Days<br>TSR - 34 Months | | |
| Revocation Sentence:<br>(07/10/2018) | Prison - 14 Months<br>TSR - 45 Months and 11 Days | | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | June 27, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | April 6, 2023 |

### PETITIONING THE COURT

**To issue a SUMMONS.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Johnson is alleged to have violated mandatory condition number 3 by ingesting marijuana on or about September 11, and 20, 2019, and by ingesting methamphetamine on multiple occasions, to include having occurred on or about September 11, 14, 20, and 25, 2019, based on both urinalysis testing results and the client's admission of such use.<br><br>On June 27, 2019, Mr. Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to refrain from any use of illicit substances, to include marijuana. |

Prob12C
Re: Johnson, Joshua J.
September 30, 2019
Page 2

Specifically, on September 11, 2019, the client reported to the U.S. Probation Office in Spokane to submit to urinalysis testing following the client's approved out of district travel to see his family in Western Washington. Mr. Johnson subsequently submitted a urinalysis sample for testing that was determined to be presumptive positive for both methamphetamine and marijuana. Mr. Johnson denied any use of either substance and the sample was forwarded to the contract laboratory for confirmation. On September 16, 2019, the results were received relative to this test confirming both the presence of methamphetamine and marijuana in the sample, as well as confirming the sample submitted was dilute.

On September 18, 2019, the client reported to the U.S. Probation Office in Spokane, and ultimately admitted to finding a small bag on the ground which contained both methamphetamine and marijuana. Mr. Johnson indicated he used both substances on several separate occasions until both substances were gone, with his last use of methamphetamine previously occurring on September 14, 2019, and his last use of marijuana occurring on September 13, 2019.

On September 23, 2019, the client again reported to the U.S. Probation Office in Spokane, and submitted to urinalysis testing, with the results this time showing as being presumptive positive for methamphetamine, cocaine, and marijuana. Mr. Johnson again denied any illicit drug use and the sample was forwarded to the laboratory for confirmation. Unfortunately, it was later reported that the contract laboratory was unable to test the sample upon arrival due to the condition of the sample once received.

On September 27, 2019, the client reported to the U.S. Probation Office in Spokane, and admitted to ingesting methamphetamine on or about September 20, and 25, 2019, and marijuana on or about September 20, 2019.

2      **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Johnson is alleged to have violated standard condition number 13 by failing to report to the U.S. Probation Office in Spokane, as directed on both September 20, and 26, 2019.

On June 27, 2019, Mr. Joshua Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to follow all instructions of the supervising officer related to his conditions of supervision.

Specifically, on September 18, 2019, the client reported to the U.S. Probation Office in Spokane, as directed, to submit to urinalysis testing. The client was afforded more than 1 ½ hours to submit to urinalysis testing, but instead proved unable or unwilling to provide a urinalysis sample for testing as directed. Mr. Johnson was directed to again report on Friday, September 20, 2019, and the client committed to doing so. Mr. Johnson subsequently failed to report as directed, stating through telephonic contact and text messaging with the undersigned officer on the day in question that he had both slept in and he was ill.

On September 26, 2019, the undersigned officer was advised by the contract urinalysis testing provider that the client had failed to appear for random urinalysis testing with the provider on September 25, 2019. In response, the undersigned officer left a voice mail for

Prob12C
Re: Johnson, Joshua J.
September 30, 2019
Page 3

    and sent a text message to the client directing the client to report on the day in question for testing prior to 12 p.m. At 1:29 p.m., the undersigned officer received a phone call from the client who indicated he had just received the message and he committed to reporting on the day in question prior to 4 p.m. Mr. Johnson again failed to report as required, stating his failure to report as directed was a result of both being "stressed out" and loaning his vehicle to a friend who did not return with the vehicle in a timely manner.

3    **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Johnson is alleged to have violated special condition number 8 by being unable or unwilling to provide a urinalysis sample when directed by the undersigned officer at the U.S. Probation Office on September 18, 2019, and by failing to attend random urinalysis testing with the contract provider as required on September 25, 2019.

    On June 27, 2019, Mr. Joshua Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to submit to urinalysis testing as directed.

    Specifically, on September 18, 2019, Mr. Johnson reported to the U.S. Probation Office in Spokane, and was directed by the undersigned officer to submit to urinalysis testing. Mr. Johnson was provided several opportunities to provide a sample for testing more than a 1 ½ hour period of time. Following the time afforded, Mr. Johnson remained unable to provide a sample for testing as directed.

    On September 26, 2019, the undersigned officer received notification from the contract provider that the client had failed to report for random urinalysis testing when his assigned color was called as previously occurring on September 25, 2019.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | September 30, 2019 |
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
Re: Johnson, Joshua J.
September 30, 2019
Page 4

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____10/03/2019_____
Date