PROB 12C
(6/16)

Report Date:  October 3, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 03, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua J. Johnson                Case Number: 0980 2:15CR00144-SMJ-5

Address of Offender:                Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 13, 2016

Original Offense:        Bank Fraud, 18 U.S.C. § 1344(1) & (2)

Original Sentence:        Prison - 9 Months          Type of Supervision: Supervised Release
                          TSR - 36 Months

Revocation Sentence:      Prison - 19 Days
(09/06/2017)              TSR - 34 Months

Revocation Sentence:      Prison - 14 Months
(07/10/2018)              TSR - 45 Months and 11 Days

Asst. U.S. Attorney:      George JC Jacobs, III          Date Supervision Commenced: June 27, 2019

Defense Attorney:         Federal Defender's Office      Date Supervision Expires: April 6, 2023

---

### PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/30/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: Mr. Johnson is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about October 1, 2019, and marijuana on or about October 2, 2019, based on the client's admission of such use.

On June 27, 2019, Mr. Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to refrain from any use of illicit substances, to include marijuana.

Prob12C
**Re: Johnson, Joshua J.**
**October 3, 2019**
**Page 2**

Specifically, on September 30, 2019, Mr. Johnson reported to the U.S. Probation Office in Spokane, as previously directed to submit to urinalysis testing. Mr. Johnson subsequently provided a urinalysis sample for testing, the results of which were presumptive positive for amphetamine, methamphetamine, and marijuana. Mr. Johnson denied any recent use of any illicit substance, with the exception of the client's use as previously reported to the Court in the petition dated September 30, 2019. As a result, the sample was forwarded to the contract lab for confirmation. It should be noted that the lab confirmation with respect to this sample remains outstanding as of the date of this report.

At approximately 2:30 p.m., on October 1, 2019, the client was left a voice mail expressing concern over his missed treatment session on the day in question, as well as the presumptive positive urinalysis sample submitted by the client during urinalysis testing. On October 2, 2019, the client contacted the undersigned officer telephonically and remained steadfast in his statement that he had not used recently prior to the sample submitted. The client did, however, admit to ingesting methamphetamine, previously occurring on October 1, 2019, and marijuana most recently occurring on the day in question, describing himself as "stoned" during the phone call.

5        **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Johnson is alleged to have violated special condition number 8 by failing to attend random urinalysis testing with the contract provider as required on October 2, 2019.

On June 27, 2019, Mr. Joshua Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to submit to urinalysis testing as directed.

Specifically, on October 3, 2019, the undersigned officer received notification from the contract provider that the client had failed to report for random urinalysis testing when his assigned color was called as previously occurring on October 2, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     October 3, 2019
_____

s/Chris Heinen
_____

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Johnson, Joshua J.**
**October 3, 2019**
**Page 3**

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____10/03/2019_____
Date