FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  2:15-CR-144-SMJ-5 |
| vs. | ) | |
| | ) | |
| JOSHUA J. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Received Rule 5 papers from the United States District Court,

Western District of Washington.

## UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
**District Court Executive**
**Clerk of Court**

**LORI LANDIS**
**Chief Deputy Clerk**

June 25, 2020

**CLERK, US DISTRICT COURT**
Eastern District of Washington
920 West Riverside Avenue,
Suite 840
Spokane, WA 99201-1010

Re:  Joshua J. Johnson

Your No:  2:15-cr-00144-SMJ-5
Our No:  MJ20-374

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated June 25, 2020, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this letter.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By Stefanie Prather,
Deputy Clerk

1

2                                UNITED STATE DISTRICT COURT
3                        For the WESTERN DISTRICT OF WASHINGTON
4                                           at Seattle

5

6    UNITED STATES OF AMERICA,              )
                                            )
7                    Plaintiff,             )        Case No.: MJ20-374
                                            )
8            vs.                            )        WAIVER OF RULE 5(c)(3)(D) HEARING
                                            )            and ORDER OF TRANSFER
9    JOSHUA J. JOHNSON,                     )
                                            )
10                   Defendant              )

11

12

13                        WAIVER OF RULE 5(c)(3)(D) HEARING

14

15       I, Joshua J. Johnson, have appeared before a United States Magistrate Judge in the

16   Western District of Washington, who has advised me of the provisions of Rule20 and of my right

17   to further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish

18   to waive my right to such further hearing, therefore:

19

20       a) I acknowledge that I am the person named in an indictment, information, or
            Warrant pending in the U.S. District Court for the Eastern District of
21          Washington;

22       b) I waive my right to production of the warrant or of any other original paper
            Related to these charges or certified copies thereof;
23

24       c) If I am entitled to a preliminary examination. I elect to have it conducted in
            the district where the prosecution is pending: and
25

26

                                                1

Magistrate Judge Michelle L. Peterson

1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT FOR THE
           WESTERN DISTRICT OF WASHINGTON
8                        AT SEATTLE

9

10   UNITED STATES OF AMERICA,            NO. MJ20-374

11                 Plaintiff,
                                          MOTION FOR DETENTION
12

13                 v.

14   JOSHUA J. JOHNSON,

15                 Defendant.

16

17

18
          The United States moves for pretrial detention of the Defendant, pursuant to 18
19
     U.S.C. § 3142(e) and (f)
20
          1.     **Eligibility of Case.**  This case is eligible for a detention order because this
21
     case involves (check all that apply):
22
          ☒      Crime of violence (18 U.S.C. § 3156).
23
          ☐      Crime of Terrorism (18 U.S.C. § 2332b (g)(5)(B)) with a maximum
24               sentence of ten years or more.
25
          ☐      Crime with a maximum sentence of life imprisonment or death.
26
          ☐      Drug offense with a maximum sentence of ten years or more.
27

28

MOTION FOR DETENTION - 1
*U.S. v. JOSHUA J. JOHNSON* / MJ20-374

1

2

3

☐     Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

4

5

☐     Felony offense involving a minor victim other than a crime of violence.

6

7

☐     Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon.

8

9

☐     Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250).

10

11

☒     Serious risk the defendant will flee.

12

☐     Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

13

14

2.     **Reason for Detention.** The Court should detain defendant because there

15

are no conditions of release which will reasonably assure (check one or both):

16

☒     Defendant's appearance as required.

17

☒     Safety of any other person and the community.

18

3.     **Rebuttable Presumption.** The United States will invoke the rebuttable

19

presumption against defendant under § 3142(e). The presumption applies because:

20

21

☐     Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release.

22

23

☐     Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.

24

25

26

☐     Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).

27

28

MOTION FOR DETENTION - 2
*U.S. v. JOSHUA J. JOHNSON* / MJ20-374

☐     Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4.     **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

☒     At the initial appearance

☐     After a continuance of ____ days (not more than 3)

DATED this 25th day of June, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Cecelia Y. Gregson*
CECELIA Y. GREGSON
Special Assistant United States Attorney

MOTION FOR DETENTION - 3
*U.S. v. JOSHUA J. JOHNSON* / MJ20-374

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>Joshua J. Johnson,<br><br>                 Defendant. | Case No. 2:15-cr-00144-SMJ<br><br>DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC CONFERENCE |

I, Joshua J. Johnson, the above named defendant, acknowledge that I have been advised

by my lawyer and the Court – by this form -- that pursuant to the Federal Rules of Criminal

Procedure and the Sixth Amendment to the U.S. Constitution, I generally have the right to be

personally present in open court to any hearing involving a criminal proceeding to which I am a

party.

I am scheduled to have the following hearing on June 25, 2020    :

Rule 5 Hearing

I have been advised by my lawyer that because of coronavirus disease 2019 (COVID-19),

the Governor of the State of Washington has issued an Emergency Proclamation and Chief Judge

Ricardo S. Martinez in the Western District of Washington has issued a General Order 02-__

regarding Emergency Hearings.  As a result, I cannot currently be personally present in open

DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE
AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC
CONFERENCE - 1

court for this scheduled hearing.  Therefore, I wish to waive my right to be personally present in

open court for the above-hearing, and acknowledge that my right to due process under the

Constitution is best protected by moving forward with the hearing(s) by video/telephonic

conference.

I have discussed with my lawyer this consent to appear and participate by

video/telephonic conference and have agreed to the same.

I have also authorized by lawyer to electronically execute this form on my behalf.


Dated this 25th day of June, 2020


*s/Mohammad Ali Hamoudi*

Lawyer's signature, electronically executed,

On behalf of Joshua J. Johnson

DEFENDANT'S WAIVER OF IN-PERSON APPEARANCE
AND CONSENT TO PROCEED BY VIDEO/TELEPHONIC
CONFERENCE - 2

d) I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending

Dated the 25th day of June, 2020

s/Mohammad Ali Hamoudi                                    s/Mohammad Ali Hamoudi

Defense Counsel                                                      On Behalf of Joshua Johnson

ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U.S. District Court for the Eastern District of Washington. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

Dated this ___25ᵗᴴ___ day of ___June___, 2020

United States Magistrate Judge

2

**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:20-mj-00374-MLP-1

Case title: USA v. Johnson

Other court case number: 2:15-cr-00144-SMJ-5 Eastern
District of Washington

Date Filed: 06/25/2020

Date Terminated: 06/25/2020

---

Assigned to: Hon. Michelle L. Peterson

### Defendant (1)

**Joshua J Johnson**
*TERMINATED: 06/25/2020*

represented by **Mohammad Ali Hamoudi**
FEDERAL PUBLIC DEFENDER'S
OFFICE (SEA)
1601 5TH AVE
STE 700 WESTLAKE CENTER
OFFICE TOWER
SEATTLE, WA 98101
206-553-1100
Email: Mo_Hamoudi@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Complaints

### Disposition

### Disposition

### Disposition

### Disposition

Supervised Release Violation

---

**Plaintiff**

**USA**                              represented by **Cecelia Youngberg Gregson**
                                                    UNITED STATES ATTORNEY'S
                                                    OFFICE
                                                    700 STEWART STREET
                                                    STE 5220
                                                    SEATTLE, WA 98101
                                                    206-296-9000
                                                    Email: Cecelia.Gregson@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2020 | 1 | CHARGING DOCUMENT RECEIVED FROM the Eastern District of Washington as to Joshua J Johnson. (SNP) (Entered: 06/25/2020) |
| 06/25/2020 |  | Arrest of Joshua J Johnson on 6/25/2020. (SNP) (Entered: 06/25/2020) |
| 06/25/2020 |  | Case unsealed as to Joshua J Johnson. (SNP) (Entered: 06/25/2020) |
| 06/25/2020 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Mohammad Ali Hamoudi for Joshua J Johnson. On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Hon. Michelle L. Peterson. *(No.pdf image attached)* (SNP) (Entered: 06/25/2020) |
| 06/25/2020 | 5 | WAIVER OF IN-PERSON APPEARANCE by defendant Joshua J Johnson. (SNP) (Entered: 06/25/2020) |
| 06/25/2020 | 6 | MOTION for Detention by USA as to Joshua J Johnson. (SNP) (Entered: 06/25/2020) |
| 06/25/2020 | 7 | Minute Entry for proceedings held before Hon. Michelle L. Peterson- CRD: *S. Prather*; AUSA: *Cecelia Gregson*; Def Cnsl: *Mohammad Hamoudi*; PTS: *Lorraine Bolle*; Court Reporter: *Debbie Zurn*; Time of Hearing: *2:00PM*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS AND DETENTION HEARING** as to Joshua J Johnson held on 6/25/2020. Defendant present in custody via WebEx conference from Courtroom 12A, pursuant to General Order 08-20. Parties address the need for video hearing. Defendant consents to appear by video. Defendant advised of rights. Financial Affidavit reviewed. Counsel appointed. Defendant advised of allegations and penalties in the Eastern District of Washington petitions. |

| | | |
|---|---|---|
| | | Defendant waives Identity Hearing. Court signs Order of Transfer. Government moves for detention. Defense counsel argues for release. For reasons stated on the record, defendant ORDERED detained and remanded to custody. (SNP) (Entered: 06/25/2020) |
| 06/25/2020 | 8 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to the Eastern District of Washington as to Joshua J Johnson by Hon. Michelle L. Peterson. (cc: PTS, USMO) (SNP) (Entered: 06/25/2020) |
| 06/25/2020 | 9 | LETTER to the Eastern District of Washington regarding Rule 5 Transfer as to defendant Joshua J Johnson. (SNP) (Entered: 06/25/2020) |