PROB 12C
(6/16)

Report Date: January 7, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2020

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joshua J. Johnson | Case Number: 0980 2:15CR00144-SMJ-5 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 13, 2016

| | | |
|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1) & (2) | |
| Original Sentence: | Prison - 9 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/06/2017) | Prison - 19 Days<br>TSR - 34 Months | |
| Revocation Sentence:<br>(07/10/2018) | Prison - 14 Months<br>TSR - 45 Months and 11 Days | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: June 27, 2019 |
| Defense Attorney: | Francisco Carriedo | Date Supervision Expires: April 6, 2023 |

### PETITIONING THE COURT

**To issue a WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Special Condition #10**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the directions of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Johnson is alleged to have violated special condition number 10 by being unsuccessfully terminated from the Spokane Residential Reentry Center (RRC) on January 6, 2020, following the client's apparent intentional removal of his ankle monitor, and by his failing to contact the RRC or the undersigned officer following the event.

On October 30, 2019, the undersigned officer met with Mr. Johnson at Pioneer Center East in Spokane, Washington, where the client had been authorized release by Court order to

Prob12C
Re: Johnson, Joshua J.
January 7, 2020
Page 2

become engaged in inpatient chemical dependency services. As a part of the meeting, Mr. Johnson was advised of the Court's order dated October 29, 2019, in which the client's conditions of supervised release were modified to include the client's participation in inpatient treatment services and his participation in an up to 180-day placement at the RRC. Mr. Johnson indicated he understood all conditions as ordered by the Court.

Specifically, on January 6, 2020, at 6:22 a.m., the undersigned officer received an e-mail from the director of the Spokane RRC indicating the facility had received a "strap tamper alert" with respect to the client's installed location monitoring ankle monitor. The contact advised that such an event was indicative of the client removing the device; therefore, the client would have 30 minutes to contact the facility as to his status prior to his being unsuccessfully discharged from the facility.

Continued investigation by Spokane RRC staff and contact with the client's current employer revealed that the client had traveled to his place of employment on the day in question, but never reported for work, with his employer stating he was a "no call, no show." As of the date of this report, the client has failed to contact the undersigned officer or the Spokane RRC as to his status. The client's ankle monitor was found to have been cut, and was located in the back of a truck in the parking lot at the job site.

As a direct result of Mr. Johnson's actions, his current whereabouts and his level of compliance with his conditions of supervised release is unknown to the undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 7, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/7/2020
Date