PROB 12C
(6/16)

Report Date: January 13, 2020

# United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Joshua J. Johnson | | Case Number: 0980 2:15CR00144-SMJ-5 |
| Address of Offender: Unknown | | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge | | |
| Date of Original Sentence: September 13, 2016 | | |
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1) & (2) | |
| Original Sentence: | Prison - 9 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/06/2017) | Prison - 19 Days<br>TSR - 34 Months | |
| Revocation Sentence:<br>(07/10/2018) | Prison - 14 Months<br>TSR - 45 Months and 11 Days | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: June 27, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 6, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/07/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Johnson is alleged to have violated mandatory condition number 3 by ingesting marijuana on or about January 6, 2020, based on the client's admission of such use.<br><br>On June 27, 2019, Mr. Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to refrain from any use of illicit substances, to include marijuana. |

Prob12C  
**Re: Johnson, Joshua J.**  
**January 13, 2020**  
Page 2

        Specifically, on January 7, 2020, the undersigned officer received a phone call from the client in which he verbally admitted to taking a "few puffs" of marijuana yesterday (January 6, 2020). The client advised he realized while smoking the substance that he shouldn't be, and as a result then stopped. The client additionally stated the substance did not taste right and he thought that the substance had been "laced" with something.

3       **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

       **Supporting Evidence**: Mr. Johnson is alleged to have violated standard condition number 13 by failing to report as directed and as committed to by the client as previously occurring on January 7, 2020.

       On June 27, 2019, Mr. Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to follow all instructions of the undersigned officer.

       Specifically, on January 7, 2020, the undersigned officer received a phone call from the client in which he admitted to making a poor decision yesterday (January 6, 2020) when he chose to abscond from the Spokane Residential Reentry Center (RRC) as previously reported to the Court on the petition dated January 7, 2020. Mr. Johnson was advised he needed to report, and he indicated his understanding. Mr. Johnson was directed to report on the day in question and asked when he could commit to doing so. Mr. Johnson committed to reporting to the U.S. Probation Office in Spokane, by 11 a.m., on the day in question. Mr. Johnson then failed to report as directed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed on:    January 13, 2020

       s/Chris Heinen

       Chris Heinen  
       U.S. Probation Officer

Prob12C
**Re: Johnson, Joshua J.**
**January 13, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

01/14/2020
Date