PROB 12C
(6/16)

Report Date: May 13, 2020

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 14, 2020**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Joshua J. Johnson | Case Number: 0980 2:15CR00144-SMJ-5 |

Address of Offender: Skagit County Jail - 201 Suzanna Lane, Mt. Vernon, WA 98273

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 13, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1) & (2) | | |
| Original Sentence: | Prison - 9 Months;<br>TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(09/06/2017) | Prison - 19 Days;<br>TSR - 34 Months | | |
| Revocation Sentence:<br>(07/10/2018) | Prison - 14 Months;<br>TSR - 45 Months and 11 Days | | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | June 27, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | Tolling |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/07/2020, and 01/13/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 5 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Mr. Johnson is alleged to have violated mandatory condition numbers 1 and 2 by being arrested in Anacortes, Washington, by the Anacortes Police Department, on May 8, 2020, with charges now being recommended for a Violation of the Uniform Controlled Substance Act (VUCSA) - methamphetamine, in violation of R.C.W. 69.50.401, a felony; Fugitive from Justice, in violation of 10.88.320, a felony; and, Possession of Drug Paraphernalia, in violation of 69.50.412.1, a misdemeanor. |

Prob12C
Re: Johnson, Joshua J.
May 13, 2020
Page 2

On June 27, 2019, Mr. Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to refrain from committing another federal, state or local crime and from unlawfully possessing a controlled substance, to include marijuana.

Specifically, on May 8, 2020, the undersigned officer received an automated notification advising the client's name had been run by the Anacortes Police Department. On May 9, 2020, the undersigned officer was able to determine that the client had in fact been arrested by authorities and was currently being held in the Skagit County Jail.

On May 13, 2020, the police reports were received relative to the incident. According to the police reports received, in conjunction with the current affidavit of probable cause as completed by the arresting officer, on May 8, 2020, a vehicle was observed traveling southbound on State Route 20 in Anacortes, Washington. The vehicle was observed by law enforcement to not have a functioning center brake light. The vehicle was subsequently stopped by the observing officer and the driver of the vehicle was contacted and advised as to the reason for the stop. A passenger was also observed as being in the vehicle, with his jacket hood up. The driver was ultimately determined to be driving with a suspended license and was found to have an outstanding Washington State Department of Corrections warrant.

The driver of the vehicle was arrested for the outstanding legal obligations, and he admitted there was a "rig" under the front driver's seat. The contact did advise that all items in the vehicle belonged to him and allowed for a consent search of the vehicle. As a part of the search, both used and unused needles were located, in addition to a bent spoon with residue, a small baggie with residue, and several additional small baggies. The driver of the vehicle denied knowing Mr. Johnson, instead stating he was simply giving him a ride to Oak Harbor, Washington.

During the contact, a second officer spoke to the passenger in the vehicle, later determined to be Mr. Johnson, initially recognizing him as Mr. Johnson by an observable tattoo on the side of his head above his ear. When questioned, Mr. Johnson identified himself as "Jacob J. Johnson." This name also returned with an unconfirmed warrant for his arrest. Mr. Johnson was detained by authorities and when asked if he had any weapons on him, he advised that he had a "meth pipe" in his sock. Mr. Johnson when questioned further and admitted he was in fact Joshua Johnson and advised that he had used his brother's name because he was worried about a current warrant for his arrest, noting he was looking at a "bunch of time" for his probation violation.

While searching Mr. Johnson incident to arrest, a glass pipe was located in his right sock with a burnt white residue inside of it, this residue was later field tested and returned as being presumptive positive for methamphetamine. Mr. Johnson was questioned on any further contraband, at which time he then admitted he had a bag of methamphetamine in his "butt crack." Mr. Johnson himself retrieved the bag for the officer and the officer observed it to be a small plastic bag that contained a white crystalline substance. The substance was later field tested and it returned as being presumptive positive for methamphetamine, weighing in at 1.1 grams of substance and 10.3 grams as packaged. Mr. Johnson admitted to the officer that he has used "methamphetamine every day for his whole life."

Prob12C
Re: Johnson, Joshua J.
May 13, 2020
Page 3

    Mr. Joshua Johnson's driver's license was subsequently located in the vehicle during the officer's search of the vehicle, and an affidavit charging Joshua Johnson with VUCSA (methamphetamine), fugitive from justice, and possession of drug paraphernalia was drafted.

6    **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

    **Supporting Evidence**: Mr. Johnson is alleged to have violated standard condition number 3 by being arrested in the Western District of Washington in Anacortes, Washington, by the Anacortes Police Department, on May 8, 2020, with charges now being recommended for a Violation of the Uniform Controlled Substance Act (VUCSA) - methamphetamine, in violation of R.C.W. 69.50.401, a felony; Fugitive from Justice, in violation of 10.88.320, a felony; and, Possession of Drug Paraphernalia, in violation of 69.50.412.1, a misdemeanor.

    On June 27, 2019, Mr. Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to refrain from leaving the Eastern District of Washington without first getting the permission of his assigned probation officer or the Court.

    Specifically, on May 8, 2020, Mr. Joshua Johnson was arrested in the Western District of Washington in Anacortes, Washington, on several alleged new charges as outlined herein, in addition to his outstanding United States Marshals warrant. Mr. Johnson at no time had the permission of the U.S. Probation Office or the Court, as required, to depart the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 13, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C  
Re: Johnson, Joshua J.  
May 13, 2020  
Page 4

THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Defendant to appear before the Judge assigned to the case.  
[X]  Defendant to appear before the Magistrate Judge.  
[ ]  Other

Signature of Judicial Officer

05/14/2020

Date