PROB 12C
(6/16)

Report Date:  May 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 27, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua J. Johnson          Case Number: 0980 2:15CR00144-SMJ-5

Address of Offender: Skagit County Jail - 201 Suzanna Lane, Mt. Vernon, WA 98273

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 13, 2016

Original Offense:        Bank Fraud, 18 U.S.C. § 1344(1) & (2)

Original Sentence:        Prison - 9 Months;          Type of Supervision: Supervised Release
                          TSR - 36 Months

Revocation Sentence:      Prison - 19 Days;
(09/06/2017)              TSR - 34 Months

Revocation Sentence:      Prison - 14 Months;
(07/10/2018)              TSR - 45 Months and 11 Days

Asst. U.S. Attorney:      George J. C. Jacobs, III      Date Supervision Commenced: June 27, 2019

Defense Attorney:         Francisco Carriedo            Date Supervision Expires: Tolling

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/07/2020, 01/13/2020, and 05/13/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

7           **Mandatory Condition #1**:You must not commit another federal, state or local crime.

            **Supporting Evidence**: Mr. Johnson is alleged to have violated mandatory condition number 1 on or about May 8, 2020, with charges now being recommended for Third Degree Assault - Domestic Violence, in violation of R.C.W. 9A.36.031(1)(d) and/or (1)(f) and R.C.W. 26.50.010(7) and R.C.W. 10.99.020, a Class C felony.

            On June 27, 2019, Mr. Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to refrain from committing another federal, state or local crime.

Prob12C
Re: Johnson, Joshua J.
May 27, 2020
Page 2

Specifically, and according to police reports, on May 8, 2020, Mount Vernon Police Department officers responded to a report that a male had just "bear-maced" a female. The caller advised of the client's description, a description of the vehicle he left in, and advised that he had felony warrants, according to the victim. At approximately 2:31 p.m., officers arrived on scene and spoke with the complainant who advised officers the suspect, later identified as Joshua Johnson, had slashed the tires of the victim's car and stated to her during an argument that he would "kill her" and "hurt her." Officers observed the referenced vehicle did in fact have two flat tires, with what appeared to be damage consistent with that of a knife puncture.

The witness then advised Mr. Johnson and the victim continued to argue, at which point Mr. Johnson threatened both she and the victim with what the suspect stated was bear mace. The witness then stated she observed a can of mace in Mr. Johnson's hand and he subsequently sprayed the victim, partially striking her as well. Officers contacted the victim who was "covered in water" and whose face and neck were "bright red." Officers additionally noted they could smell the bear spray and it impeded their breathing while attempting to question the victim. The victim was noted as screaming that she was in pain and her skin was "on fire." The victim, who complained about having trouble breathing, was escorted outside where she dumped a gallon of milk on herself to ease the pain. It should be noted the victim refused to cooperate with authorities, stating that officers would have to speak with her lawyer.

According to the Skagit County Jail website, Mr. Johnson is currently in custody on two separate counts of third degree assault - domestic violence, among other charges.

8    **Mandatory Condition # 1**:You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Johnson is alleged to have violated mandatory condition number 1, occurring on or about May 10  through 18, 2020, with charges now being recommended for four counts of Violation of No Contact, Protection, or Restraining Order - Third or Subsequent Violation of Any Similar Order - Domestic Violence - Intimate Partner, in violation of R.C.W. 26.50.110(5) and R.C.W. 26.50.010(7) and R.C.W. 10.99.020, a Class C felony.

On June 27, 2019, Mr. Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to refrain from committing another federal, state or local crime.

Specifically, as outlined in violation number 7, and as reported herein, on May 8, 2020, Mr. Joshua Johnson was arrested for third degree assault - domestic violence, among other charges. As a result of the client's subsequent arrest relative to these charges, a no contact order was issued between Mr. Johnson and the alleged victim.

According to police reports, during a review of phone calls made from the Skagit County Jail by Mr. Johnson, it is alleged the client violated the terms of the established no contact order occurring on no less than four occasions. According to police reports, on May 10, 2020, Mr. Johnson contacted a third party and was provided with the victim's phone number. On May 12, 2020, the client contacted the third party again and was directed to call the previously

Prob12C
**Re: Johnson, Joshua J.**
**May 27, 2020**
**Page 3**

given phone number and ask for "Trista". On May 14, 2020, Mr. Johnson called the number previously provided and left a voice mail for the victim apologizing and stating he loves her and hopes to speak with her soon. On May 15, 2020, the client again contacted the third party and requested that they advise the victim to pick up her phone. The client then again attempted to contact the victim using the previously provided number and is able to contact the victim, although he refers to her as Trista. During the call, the parties tried to hide the victim's identity by referring to her in the third party name. The parties discussed the no contact order and discussed how the victim needed to go to the court because the victim wanted to talk with the client. It is noted in the report that the victim did make a mistake at one point in the call referring to herself as "I" instead of in the third person.

On May 16, 2020, the client left a voice mail for the victim advising that he loved her and, on May 18, 2020, the client contacted the same aforementioned third party and was given a new number for the victim, although was told that this time it was for Yolanda. Shortly thereafter the client again contacted the victim and they discussed the items she had sent him in custody, and about again contacting his attorney to see if she could get things "all figured out."

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 27, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS
[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

05/27/2020

Date