PROB 12C
(6/16)

Report Date: June 9, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua J. Johnson    Case Number: 0980 2:15CR00144-SMJ-5

Address of Offender: Skagit County Jail - 201 Suzanna Lane, Mt. Vernon WA 98273

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 13, 2016

| | | |
|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1) & (2) | |
| Original Sentence: | Prison - 9 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (09/06/2017) | Prison - 19 Days; TSR - 34 Months | |
| Revocation Sentence: (07/10/2018) | Prison - 14 Months; TSR - 45 Months and 11 Days | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: June 27, 2019 |
| Defense Attorney: | Francisco Carriedo | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/07/2020, 01/13/2020, 05/13/2020, and 05/27/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Johnson is alleged to have violated mandatory condition number 1 on or about March 1, 2020, with charges now filed against the client in Whatcom County Superior Court for First Degree Identity Theft, in violation of R.C.W. 9.35.020(1) and/or R.C.W. 9A.08.020, a Class B felony; and, Second Degree Theft, in violation of R.C.W. 9A.56.040(1), 9A.56.020(1)(a) and/or 9A.08.020, a Class C felony. |
| | On June 27, 2019, Mr. Johnson signed his conditions relative to case number 2:15CR00144-SMJ-5, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Johnson was made aware by his U.S. probation officer that he was required to refrain from committing another federal, state or local crime. |

Prob12C
Re: Johnson, Joshua J.
June 9, 2020
Page 2

Specifically, and according to police reports received by the undersigned officer on June 2, 2020, on March 1, 2020, a vehicle was prowled in Anacortes, Washington, with the suspect or suspects gaining entry into the vehicle by breaking a window and subsequently stealing multiple credit and debit cards belonging both to the vehicle owner and the victim's business, a nonprofit. Following the theft, the victim was alerted to possible fraudulent activity on the cards and ultimately learned the cards were used to make several purchases at multiple retailers in Bellingham, Washington.

Bellingham police officers subsequently contacted one of the retailers in which fraudulent purchases were alleged to have occurred and were able to secure video footage from the retailer for the day in question in which the client was readily identifiable by his tattoos which proved consistent with his department of licensing photos. It should be noted that an alleged accomplice, and the client's previously stated girlfriend, additionally appears culpable in this matter, having used another stolen credit card belonging to the victim and completing her transaction just before the client entered the retailer. It should also be noted both the client and his former girlfriend were additionally developed as potential suspects for the March 1, 2020, vehicle prowling as aforementioned. The client's transaction at the retailer on the day in question totaled $458.89, and was paid for using a stolen credit card belonging to the victim.

Bellingham Police Department investigators were then able to obtain additional footage of both the client and his accomplice next entering Walgreens where they each conducted a transaction using a different stolen credit card. These transactions totaled $369.54 and $411.23. The parties were then observed on camera in the client's vehicle arriving at a 7-11 in which the client's accomplice entered the establishment and completed a purchase for $129.84 using a stolen credit card. The report concludes noting all transactions occurred on March 1, 2020, between the hours of 4:50 a.m. and 6:05 a.m., with a total dollar loss incurred by the victim of $1,735.26.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 9, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Johnson, Joshua J.**
**June 9, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

06/09/2020
Date